## (March 15, 1974)

In the Matter of CATHERINE E. DOUGHERTY, as Clerk of the City Court of the City of Glens Falls, Petitioner.— Application for an order, pursuant to section 89 of the Judiciary Law, directing the destruction of certain records granted. Herlihy, P. J., Staley, Jr., Greenblott, Kane and Main, JJ., concur.

In the Matter of RALPH W. SMITH, JR., as District Attorney of Albany County, Petitioner, v. EDWARD S. CONWAY, a Justice of the Supreme Court of the State of New York, et al., Respondents.— Proceeding, pursuant to CPLR article 78, in the nature of prohibition, seeking to vacate an order of the Supreme Court staying execution of a judgment of conviction. Petition granted, without costs. The stay is not authorized by the statute (CPL 460.50, subd. 1; CPL 530.50) and therefore the court exceeded its powers in granting it (see Matter of Lee v. County Ct. of Erie County, 27 N Y 2d 432, 437, cert. den. 404 U. S. 823). Herlihy, P. J., Staley, Jr., Cooke, Sweeney and Kane, JJ., concur.

## (March 20, 1974)

ALAN C. BONDER et al., Appellants, v. MYRON G. BERMAN et al., Respondents, et al., Defendant.— Motion for clarification of decision dated November 21, 1973, granted, without costs, to the extent that the decision is amended to read as follows: "Judgment reversed, on the laws and the facts, with costs, and a new trial, limited to the issue of damages to the plaintiff, ordered, unless defendants, within 20 days after service of the order to be entered hereon, shall stipulate to increase the verdict to $8,000, in which event judgment, as so modified, affirmed, with costs in this court to plaintiff." Herlihy, P. J., Staley, Jr., Cooke, Sweeney and Main, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NATHANIEL WILSON MCLEAN, Petitioner, v. ROBERT E. BEAM, as Warden of the Albany County Penitentiary, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for writ of habeas corpus denied as factually insufficient and also for failure of compliance with the provisions of CPLR 7002 (subd. [c]). Herlihy, P. J., Staley, Jr., Cooke, Sweeney and Main, JJ., concur.